FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2362
_____

ROBIN PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Leon County.
Augustus Aikens, Judge.


November 5, 2024

PER CURIAM.

The Court dismisses this appeal for lack of jurisdiction.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Robin Parker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.